FILED

03/14/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0716

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0716

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

TRAVIS DEWAYNE LOHMAN,

      Defendant and Appellant.

# ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing as well as agreement,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including April 24, 2023, within which to prepare, file and serve Appellant's opening brief on appeal

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 14 2023